**Order entered June 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00394-CV

## IN RE ALBERT G. HILL, JR., DECEASED, THROUGH MARGARET KELIHER, INEPENDENT EXECUTOR OF THE ESTATE OF ALBERT G. HILL, JR., Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## ORDER

Before the Court is the "Real Parties in Interest's Unopposed Motion to Abate Original Proceeding and Suspend All Briefing Deadlines." In the motion, the real parties in interest inform the Court that the underlying proceeding has been transferred to Probate Court No. 2, Dallas County, Texas. The real parties in interest request an abatement to allow the presiding judge of Probate Court No. 2 to reconsider and rule on the March 21, 2019 discovery order at issue in this original proceeding.

We **GRANT** the motion and **ABAT**E this original proceeding. This case is removed from the Court's active docket until further order of this Court to allow the presiding judge of Probate Court No. 2 to reconsider and rule on the March 21, 2019 discovery order. We **SUSPEND** all briefing deadlines in this proceeding. This Court's April 5, 2019 stay of the March 21, 2019 discovery order remains in effect.

The parties shall timely notify this Court of all events affecting the status of this case, including when the presiding judge of Probate Court No. 2 has ruled on the March 21, 2019 discovery order. We **ORDER** the parties to file either a status report or appropriate motion with this Court **by August 23, 2019**.

/s/    LANA MYERS
       JUSTICE